■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS CORDERO, Appellant. [64 NYS3d 524]—

Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered June 11, 2013, convicting defendant, after a jury trial, of attempted robbery in the second and third degrees and assault in the third degree, and sentencing him, as a second felony offender, to an aggregate term of 5 years, unanimously affirmed.

The verdict was supported by legally sufficient evidence and was not against the weight of the evidence (*see People v*

*Danielson*, 9 NY3d 342, 349 [2007]). There is no basis for disturbing the jury's credibility determinations. The jury reasonably believed that defendant intended to forcibly take the victim's property when he hit the victim in the head and immediately grabbed at his pocket (*see People v Gordon*, 23 NY3d 643, 650 [2014]; *Matter of Vere C.*, 183 AD2d 428, 429 [1st Dept 1992]).

There was also ample proof of physical injury, because the victim testified that due to the severe pain in his mouth, it was difficult for him to open his mouth for two days, and he could not eat during that time (*see e.g. People v Medina*, 139 AD3d 460, 460 [1st Dept 2016], *lv denied* 28 NY3d 933 [2016]; *People v Mullings*, 105 AD3d 407, 408 [1st Dept 2013], *lv denied* 21 NY3d 945 [2013]). The statutory element of "substantial pain" may be satisfied by relatively minor injuries causing moderate, but "more than slight or trivial pain" (*see People v Chiddick*, 8 NY3d 445, 447 [2007]), even in the absence of any medical treatment (*see People v Guidice*, 83 NY2d 630, 636 [1994]).

We perceive no basis for reducing the sentence. Concur— Gische, J.P., Kapnick, Oing and Moulton, JJ.